UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
GROSINGER, et al.,

                         Plaintiff,

      - against -

SCHOENWALD,

                        Defendant.  
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

08 Civ. 4361 (CLB) (MDF)

The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*  
_____  
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

_X_ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____  
    _____

    All such motions: ___

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
         July 2, 2008

_Charles L. Brieant_  
United States District Judge