June 30, 2008

Re: 08-cv-04361-CLB / Grosinger et al v. Schoenwald

Dear Honorable Judge Charles L. Brieant:

As per my phone conversation with Mrs. Alice Cama this afternoon, Kindly be advised that we are the Plaintiffs in the above-referenced matter. As you are aware, this matter was scheduled for a preliminary conference on July 11, 2008 at 9:30 a.m. However, we have not yet been able to locate the Defendant in this matter in order to serve the summons and complaint. Therefore, we kindly request that the Court please adjourn this conference to September 19, 2008 so that we may locate and serve the complaint upon the Defendant in accordance with federal procedure and guidelines.

Thank you for your attention to this matter. Should you have any questions, please feel free to contact us at anytime at 1-845-659-8307.

Sincerely,

*[signature]*
Chaim Grosinger

*[signature]*
Esther Grosinger

*[signature]*
Yoel Grosinger